IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**GARRY ALLEN TOURVILLE,**

        Plaintiff,

        v.

**CAROLYN W. COLVIN,**
Acting Commissioner of the Social Security
Administration,

        Defendant.

**Civ. No. 6:13-cv-01108-TC**

**OPINION AND ORDER**

---

**MCSHANE, Judge**:

Magistrate Judge Thomas M. Coffin issued a Findings and Recommendation (F & R) on

May 21, 2014, in which he recommended that this Court affirm the Commissioner's decision

denying plaintiff's application for disability insurance benefits under Title II of the Social

Security Act, 42 U.S.C. §§ 401–434. The matter is now before this Court. 28 U.S.C. §

636(b)(1)(B); Fed. R. Civ. P. 72(b).

Because no objections to the F & R were timely filed, this Court reviews only the legal

principles *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc);

*see also United States v. Bernhardt*, 840 F.2d 1441, 1444-45 (9th Cir. 1988) (citations omitted).

Having reviewed the legal principles *de novo*, this Court finds no error in Judge Coffin's F & R,

ECF No. 12.

## CONCLUSION

1 – OPINION AND ORDER

This Court ADOPTS Judge Coffin's F & R, ECF No. 12, in full. Accordingly, the
Commissioner's decision is AFFIRMED and this case is DISMISSED.

IT IS SO ORDERED.

DATED this 7th day of July, 2014.

**Michael J. McShane**
**United States District Judge**

2 – OPINION AND ORDER